

# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Tacoma
1717 Pacific Ave., Suite 3100
Tacoma, WA 98402
(253) 882-3826

**RAVI SUBRAMANIAN**
**District Court Executive**
Clerk of Court

**ERIC SMITS**
**Chief Deputy Clerk**

August 25, 2023

**CLERK, US DISTRICT COURT**
Southern District of New York

CriminalTransfer@nysd.uscourts.gov

Re: Roman Storm

Your No:  23-CRIM-430
Our No:  3:23-MJ-05316-DWC-01

Dear Clerk

An Order of Transfer was entered on 08/22/2023, transferring the above captioned case to your court pursuant to Rule 5. The defendant was released on bond and directed to appear 9/6/2023 at 11:30 AM in your district. Attached you will find a PDF image of our *Internal* Docket Sheet and **all** documents contained in the Western District of Washington Court File.

Please acknowledge receipt by returning a stamped copy of this letter to me at Kim_Brye@wawd.uscourts.gov.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Kim Brye
Deputy Clerk

Enc: PDF file, financial